**STATE of Missouri, Plaintiff–Respondent,**

v.

**Michael OVERTURF, Defendant–Appellant.**

**No. 62218.**

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 9, 1993.

Gary E. Brotherton, Office of the State Public Defender, Columbia, for defendant-appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

ORDER

PER CURIAM.

Defendant, Michael Overturf, appeals from a judgment of conviction, after a jury trial, for tampering in the first degree. He was sentenced as a prior and persistent offender to imprisonment for twelve years.

No jurisprudential purpose would be served by a written opinion. The judgment of conviction is affirmed. Rule 30.25(b).